JUDGE FRANK MONTALVO
FILED
2010 MAY 19 PM 2:30
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-10-CR-____ |
| Plaintiff, | § § | **INDICTMENT** |
| v. | § § | CT 1: 8 USC § 1326 - Illegal Re-Entry |
| GRACIELA PEREZ MORENO, | § § | **EP10CR1392** |
| Defendant. | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(8 U.S.C. § 1326)

That on or about March 17, 2010, in the Western District of Texas, Defendant,

**GRACIELA PEREZ MORENO,**

an alien, who had previously been excluded, deported, and removed from the United States on or about May 29, 2004, attempted to enter, entered, and was found in the United States, without having previously received consent to reapply for admission from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney