PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

JUDGE FRANK MONTALVO

EP10CR1392

| SEALED: | | UNSEALED XX |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: May 19, 2010 | MAG CT #: 10-02564-MC | FBI #: |
| CASE NO: EP-10-CR- | ASSISTANT U.S. ATTORNEY: | |
| DEFENDANT: **GRACIELA PEREZ MORENO** | | DOB: REDACTED |

ADDRESS: REDACTED

CITIZENSHIP: Mexican (Illegal Alien)   INTERPRETER NEEDED: Yes   LANGUAGE: Spanish

DEFENSE ATTORNEY: Shane McMahon           EMPLOYED ___
ADDRESS:                                   APPOINTED X

DEFENDANT IS: Custody
    ADDRESS: El Paso County Detention Facility

| DATE OF ARREST: April 26, 2010 | BENCH WARRANT: NO |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

PROSECUTION BY: INDICTMENT

OFFENSE (Code and Description): 8:1326 - Illegal Re-Entry

OFFENSE IS: FELONY

MAXIMUM SENTENCE: $250,000/2 YRS/NOT MORE THAN 1 YR SUP RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY: NO

REMARKS: ICE- Michael Navarro

WDT-Cr-3