UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| USA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | EP:10-CR-01392(1)-FM |
| | § | |
| (1) Graciela Perez Moreno | § | |

## ORDER SETTING PLEA AND SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PLEA AND SENTENCING** in Courtroom 4, on the 4th Floor of the United States Courthouse, 511 E. San Antonio, El Paso, TX, on **Tuesday, July 06, 2010 at 11:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 15th day of June, 2010.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE